IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANCER INSURANCE COMPANY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3837 |
| | § | |
| GARCIA HOLIDAY TOURS, *et al.*, | § | |
|     Defendants. | § | |

## TRANSFER ORDER

Plaintiff's Complaint is captioned for the Corpus Christi Division and represents that venue is proper in the Corpus Christi Division because "the events and transactions as well as the underlying lawsuit which form the basis of this Declaratory Judgment Action occurred in Jim Wells County, Texas." *See* Complaint [Doc. # 1], ¶ 18. Jim Wells County is located within the Corpus Christi Division. Accordingly, it appearing that this case was incorrectly filed in this division, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the Corpus Christi Division of the Southern District of Texas.

SIGNED at Houston, Texas, this **6th** day of **December, 2006**.

                                                Nancy F. Atlas
                                                United States District Judge